**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ABAT Builders, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-3482312** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10700 W Higgins Road**<br>**Suite 350**<br>**Des Plaines, IL 60018-3723**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)     _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:     _____

Debtor   **ABAT Builders, Inc.**                                                     Case number (*if known*) _____
　　　　Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **ABAT Builders, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | |
| District | When _____ Relationship _____ |
| | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **ABAT Builders, Inc.**                                  Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **ABAT Builders, Inc.** _____   Case number (*if known*) _____
   Name

---

███   **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 24, 2023**
   MM / DD / YYYY

*X* **/s/ Anthony Czupryna** _____   **Anthony Czupryna** _____
   Signature of authorized representative of debtor      Printed name

Title   **President** _____

---

**18. Signature of attorney**

*X* **/s/ David Freydin** _____   Date   **September 24, 2023**
   Signature of attorney for debtor      MM / DD / YYYY

**David Freydin**
Printed name

**Law Offices of David Freydin**
Firm name

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
Number, Street, City, State & ZIP Code

Contact phone   **888-536-6607**   Email address   **david.freydin@freydinlaw.com**

**6286192 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **ABAT Builders, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 24, 2023**          X */s/ Anthony Czupryna*
                                                Signature of individual signing on behalf of debtor

                                               **Anthony Czupryna**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **ABAT Builders, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................................... $             0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...................................................................................... $     3,310,444.98

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................ $     3,310,444.98

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $     117,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     117,937.31

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$     4,165,007.08

4.   **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b

$     4,399,944.39

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **ABAT Builders, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank, negative balance** | **Checking** | 3149 | $0.00 |
| 3.2. | **Fifth Third Bank Money Market account** | **Checking** | | $500.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                      $500.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Pre-payment for accounting software** | $2,665.25 |
|---|---|---|

| Debtor | **ABAT Builders, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.2. | **CPA retainer** | $0.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$2,665.25

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **3,157,279.73** | - | **0.00** | = .... | **$3,157,279.73** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$3,157,279.73

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   **ABAT Builders, Inc.**
_____   Case number *(If known)* _____
Name

**39.**   **Office furniture**

| | | | |
|---|---|---|---|
| **Office furniture** | **$0.00** | | **$10,000.00** |

**40.**   **Office fixtures**

**41.**   **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Computers, printers** | **$0.00** | | **$3,000.00** |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$13,000.00** |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1999 Dodge Avenger; VIN: 4T6UB1620XM010658 2000 Dodge Avenger; VIN: 4T6UB1625YM011354 2000 Dodge Dakota; VIN: 1B7GG26X8YS530632 2000 US cargo trailer; VIN: 4PL400C16Y1046104 2001 Morning sun trailer; VIN: 5BKUF2026ZT407537 2002 Dodge Ram; VIN: 3B7MF336X2M304762** | **$0.00** | | **$25,000.00** |
| 47.2.   **2023 Buick Envision; VIN: LRBFZSR45PD065350** | **$0.00** | | **$42,000.00** |
| 47.3.   **2022 Ford F-250; VIN: 1FT8W2BT0NED58097** | **$0.00** | | **$70,000.00** |

Debtor    **ABAT Builders, Inc.**                                                    Case number *(If known)* _____
            Name

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                    | $137,000.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **ABAT Builders, Inc.**                                    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,665.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,157,279.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $137,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,310,444.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,310,444.98 |

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---|---|---|---|---|---|---|
| **Job:** | **201814 NIMZ** | | | | | |
| 25 | 201813-06 | Startup AR | 12/28/2018 | 01/27/2019 | 193,715.00 | |
| | | | | **Job Totals:** | **193,715.00** | |
| **Job:** | **2020017 NorthPointe O'Hare Bldg** | | | | | |
| 813 | 2020017-04a | Pay Application #4 | 06/30/2023 | 07/31/2023 | 728.15 | 728.15 |
| 814 | 2020017-03a | Pay Application #3 | 06/30/2023 | 07/31/2023 | 1,705.00 | 1,705.00 |
| | | | | **Job Totals:** | **2,433.15** | **2,433.15** |
| **Job:** | **2021002 OWCM OPS** | | | | | |
| 723 | 2021002-T-34 | Pay Application #1 | 03/31/2023 | 04/30/2023 | 16,704.00 | 16,704.00 |
| 733 | 2021002-AV-37 | Pay Application #1 | 03/31/2023 | 05/27/2023 | 3,645.00 | 3,645.00 |
| 740 | 2021002-Z-38 | Pay Application #1 | 03/31/2023 | 04/30/2023 | 975.00 | 975.00 |
| 757 | 2021002-Q-42 | Pay Application #1 | 05/31/2023 | 06/30/2023 | 3,328.91 | 3,328.91 |
| 787 | 2021002-AZ-46 | Pay Application #1 | 12/31/2022 | 01/31/2023 | 841.80 | 841.80 |
| 788 | 2021002-BA-47 | Pay Application #1 | 12/31/2022 | 01/31/2023 | 40,898.28 | 40,898.28 |
| 789 | 2021002-AY-45 | Pay Application #1 | 12/31/2022 | 01/31/2023 | 3,343.52 | 3,343.52 |
| 790 | 2021002-AX-44 | Pay Application #1 | 12/31/2022 | 01/31/2023 | 38,000.00 | 9,015.50 |
| 791 | 2021002-BC-49 | Pay Application #1 | 12/31/2022 | 01/31/2023 | 555.58 | 555.58 |
| 792 | 2021002-BB-48 | Pay Application #1 | 12/31/2022 | 01/31/2023 | 4,600.00 | 4,600.00 |
| 794 | 2021002-BE-50 | Pay Application #1 | 12/31/2022 | 01/31/2023 | 72,505.00 | 72,505.00 |
| 815 | 2021002-37 | Pay Application #1 | 05/31/2023 | 06/30/2023 | 28,250.51 | 28,250.51 |
| | | | | **Job Totals:** | **213,647.60** | **184,663.10** |
| **Job:** | **2021022 Cassnik Contracting** | | | | | |
| 489 | 2021022-01 | Pay Application #1 | 12/30/2021 | 12/30/2021 | 6,692.44 | 6,692.44 |
| | | | | **Job Totals:** | **6,692.44** | **6,692.44** |
| **Job:** | **2022014 FRR OPS** | | | | | |
| 509 | 2022014-01 | Pay Application #1 | 04/06/2022 | 04/06/2022 | 12,874.30 | 12,874.30 |
| 536 | 2022014-02 | Pay Application #2 | 05/11/2022 | 05/11/2022 | 3,889.00 | 3,889.00 |
| 550 | 2022014-03 | payment appl | 06/21/2022 | 06/21/2022 | 1,873.00 | 1,873.00 |
| | | | | **Job Totals:** | **18,636.30** | **18,636.30** |
| **Job:** | **2022015 TA#022 Willington CT** | | | | | |
| 595 | 2022015-1 | Pay Application #1 | 08/29/2022 | 10/28/2022 | 2,027.98 | 2,027.98 |
| | | | | **Job Totals:** | **2,027.98** | **2,027.98** |
| **Job:** | **2022016 Gateway Rosemont Hotel** | | | | | |
| 818 | 2022016-15 | Pay Application #15 | 08/31/2023 | 09/30/2023 | 429,311.16 | 429,311.16 |
| | | | | **Job Totals:** | **429,311.16** | **429,311.16** |
| **Job:** | **2022028 TA#241 Demotte IN** | | | | | |
| 706 | 2022028-04 | Pay Application #4 | 01/31/2023 | 02/28/2023 | 114,839.70 | 43,501.06 |
| 752 | 2022028-05 | Pay Application 5 | 06/16/2023 | 07/16/2023 | 37,414.00 | 37,414.00 |
| 809 | 2022028-01-Asphalt | Pay Application #1 | 05/31/2023 | 06/30/2023 | 75,000.00 | 75,000.00 |
| | | | | **Job Totals:** | **227,253.70** | **155,915.06** |
| **Job:** | **2022029 Gateway 1st/9th Floor R** | | | | | |
| 742 | 2022029-016 | Pay Application #6 | 04/30/2023 | 05/31/2023 | 6,219.35 | 6,219.35 |
| 766 | 2022029-13 | Pay Application #13 | 01/31/2023 | 02/28/2023 | 34,758.07 | 17,534.01 |
| 768 | 2022029-15 | Pay Application #15 | 02/28/2023 | 03/30/2023 | 62,850.36 | 464.26 |

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---|---|---|---|---|---|---|
| | | | | Job Totals: | 103,827.78 | 24,217.62 |
| **Job:** | **2022030** | **Voco Hotel BY IHG Saras** | | | | |
| 690 | 2022030-05 | Pay Application 5 | 02/28/2023 | 03/26/2023 | 11,936.79 | 11,936.79 |
| | | | | Job Totals: | 11,936.79 | 11,936.79 |
| **Job:** | **2022033** | **Westin Georgetown Washi** | | | | |
| 802 | 2022033-07 | Pay Application #7 | 07/31/2023 | 08/31/2023 | 60,470.58 | 60,470.58 |
| 817 | 2022033-08 | Pay Application #8 | 08/31/2023 | 09/30/2023 | 42,151.81 | 42,151.81 |
| | | | | Job Totals: | 102,622.39 | 102,622.39 |
| **Job:** | **2022035** | **Mainstay Suite Al...** | | | | |
| 804 | 2022035-06 | Pay Application #6 | 07/31/2023 | 08/31/2023 | 87,552.69 | 87,552.69 |
| | | | | Job Totals: | 87,552.69 | 87,552.69 |
| **Job:** | **2022036** | **The Suites at Falls Cre** | | | | |
| 810 | 2022036-07 | Pay Application #7 | 08/31/2023 | 09/30/2023 | 163,723.62 | 163,723.62 |
| | | | | Job Totals: | 163,723.62 | 163,723.62 |
| **Job:** | **2022038** | **HIVC Mt. Ascutney Resor** | | | | |
| 798 | 2022038-Ballroom | Pay Application #1B | 08/01/2023 | 09/01/2023 | 37,993.60 | 37,993.60 |
| 819 | 2022038-10 | Pay Application #10 | 08/31/2023 | 09/30/2023 | 27,456.50 | 27,456.50 |
| 820 | 2022038-11 | Pay Application #11 | 08/31/2023 | 09/30/2023 | 162,183.36 | 162,183.36 |
| | | | | Job Totals: | 227,633.46 | 227,633.46 |
| **Job:** | **2023001** | **OWCM Falls Pool Bar** | | | | |
| 716 | 2023001-03 | Pay Application #3 | 03/31/2023 | 04/30/2023 | 55,557.01 | 55,557.01 |
| 821 | 2023001-04 | Pay Application #4 | 08/31/2023 | 09/30/2023 | 28,959.46 | 28,959.46 |
| | | | | Job Totals: | 84,516.47 | 84,516.47 |
| **Job:** | **2023002** | **Pulse at The Mayflower** | | | | |
| 822 | 2023002-05 | Pay Application #5 | 08/31/2023 | 09/30/2023 | 208,380.53 | 208,380.53 |
| | | | | Job Totals: | 208,380.53 | 208,380.53 |
| **Job:** | **2023006** | **Wingate by Wyndham SeaT** | | | | |
| 811 | 2023006-03 | Pay Application #3 | 08/31/2023 | 09/30/2023 | 583,696.40 | 583,696.40 |
| | | | | Job Totals: | 583,696.40 | 583,696.40 |
| **Job:** | **2023007** | **OWCM OPS 2023** | | | | |
| 782 | 2023007-C-03 | Pay Application #1 | 05/31/2023 | 06/30/2023 | 5,662.72 | 5,662.72 |
| 783 | 2023007-D-04 | Pay Application #1 | 05/02/2023 | 06/30/2023 | 5,242.64 | 5,242.64 |
| 784 | 2023007-E-05 | Pay Application #1 | 05/31/2023 | 06/30/2023 | 13,221.09 | 13,221.09 |
| | | | | Job Totals: | 24,126.45 | 24,126.45 |
| **Job:** | **2023008** | **Mainstay Suites Greensb** | | | | |
| 827 | 2023008-02 | Pay Application #8 | 08/31/2023 | 09/30/2023 | 284,555.32 | 284,555.32 |
| | | | | Job Totals: | 284,555.32 | 284,555.32 |
| **Job:** | **2023009** | **OWCM Hall of Cities** | | | | |
| 805 | 2023009-01 | Pay Application #1 | 08/14/2023 | 09/13/2023 | 143,158.07 | 143,158.07 |
| 825 | 2023009-02 | Pay Application #2 | 08/31/2023 | 09/30/2023 | 37,832.43 | 37,832.43 |
| | | | | Job Totals: | 180,990.50 | 180,990.50 |

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---|---|---|---|---|---|---|
| | | | | **Grand Totals:** | **3,157,279.73** | **2,783,631.43** |

**Fill in this information to identify the case:**

Debtor name    **ABAT Builders, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ford Credit** | | | |
|---|---|---|---|---|

**Ford Credit**
Creditor's Name

**PO BOX 650575
Dallas, TX 75265-0575**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Ford F-250; VIN: 1FT8W2BT0NED58097**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$65,000.00**  Column B: **$70,000.00**

---

| 2.2 | **Td Auto Finance** | | | |
|---|---|---|---|---|

**Td Auto Finance**
Creditor's Name

**Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2023 Buick Envision; VIN: LRBFZSR45PD065350**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$52,000.00**  Column B: **$42,000.00**

Debtor    **ABAT Builders, Inc.**    Case number (if known) _____
_____
Name

■ No

☐ Yes. Specify each creditor,    ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.    ☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$117,000.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name     **ABAT Builders, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Andrew Jaskolski**<br>**900 N Kingsbury Unit**<br>**Chicago, IL 60610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,461.53** | **$9,461.53** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Aneta Kowalczyk**<br>**802 N River Rd**<br>**Apt. 18**<br>**Mount Prospect, IL 60056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,523.08** | **$12,523.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | ABAT Builders, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|---|

**Anthony Czupryna**
**5212 Brown St.**
**Skokie, IL 60077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.54 | $3,461.54 |
|---|---|---|---|---|

**Antoni Czupryna**
**8329 Sailing Loop**
**Lakewood Ranch, FL 34202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,826.93 | $8,826.93 |
|---|---|---|---|---|

**Arek Szawlowski**
**1018 Castilian Court**
**Apt. 310**
**Glenview, IL 60025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,550.00 | $11,550.00 |
|---|---|---|---|---|

**Deanne Kuzmic**
**4835 Cordell Ave.**
**Bethesda, MD 20814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | ABAT Builders, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,261.54 | $5,261.54 |
|---|---|---|---|---|

**Dorota Maslo**
**922 E Old Willow Road**
**Prospect Heights, IL 60070**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,916.16 | $4,916.16 |
|---|---|---|---|---|

**Jacie Dick**
**2315 W Wabansia**
**Unit 1E**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,923.07 | $6,923.07 |
|---|---|---|---|---|

**James Panchishin**
**5434 Bryce Canyon Drive**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,903.86 | $9,903.86 |
|---|---|---|---|---|

**Michael Caliendo**
**8953 Gloucester Road**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | ABAT Builders, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|---|

**Michael McBride**
**4815 S Fire Lane Rd.**
**Pekin, IN 47165**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **wages** |
|---|---|

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.76 | $980.76 |
|---|---|---|---|---|

**Nicholas Pigott**
**610 Sheridan Road**
**Apt. 3B**
**Highwood, IL 60040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **wages** |
|---|---|

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,184.61 | $9,184.61 |
|---|---|---|---|---|

**Scott Walker**
**3666 Eastside Hwy**
**Stevensville, MT 59870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **wages** |
|---|---|

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,150.00 | $11,150.00 |
|---|---|---|---|---|

**Teresa Szafranski**
**1724 W Robbie Lane**
**Palatine, IL 60067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **wages** |
|---|---|

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,794.23 | $8,794.23 |
|---|---|---|---|---|

**Vidor Szekely**
**421 N Main St.**
**Mount Prospect, IL 60056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,492.00** |
|---|---|---|---|

**4 Star Cleaning Service Corp**
**25 Emerson Drive**
**Schaumburg, IL 60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00** |
|---|---|---|---|

**ABBA Roofing & Construction**
**Issaqua-Pine Lake Rd. SE**
**Sammamish, WA 98075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,421.20** |
|---|---|---|---|

**ABE's Electric**
**1004 Royal St.**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.73** |
|---|---|---|---|

**AC Fire Protection LLC**
**4700 Springfield Ct.**
**Brandywine, MD 20613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Acoustic Pro Interior Construction**
**25921 Eufaula Way**
**Sorrento, FL 32776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,206.47** |
|---|---|---|---|

**AFA Protective Systems, Inc.**
**PO Box 21030**
**New York, NY 10087-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>vendor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,940.80** |
|---|---|---|---|

**Air Systems Engineering**
**3602 South Pine Street**
**Tacoma, WA 98409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>Vendor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,079.29** |
|---|---|---|---|

**All Tile**
**855 N Wood Dale Rd., Ste A**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>vendor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79988**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>Business credit card</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,285.50** |
|---|---|---|---|

**Andrzej Juzwiak**
**314 Emmerson**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>contractor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00** |
|---|---|---|---|

**Anthony Czupryna**
**5212 Brown St.**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>loan</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |
|---|---|---|---|

**Betta Builders Corp**
**500 W Kathleen Drive**
**Des Plaines, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>vendor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | | Case number (if known) | |
|---|---|---|---|---|

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Big City Asphalt**<br>**3321 Princeton Avenue**<br>**Collinsville, IL 62234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131,480.00** |
|---|---|---|---|
| | **Bill's Electric**<br>**1716 E. Falcon Street**<br>**Webb City, MO 64870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,942.35** |
|---|---|---|---|
| | **BKB Pumbing**<br>**3404 Colony Drive**<br>**Jonesboro, AR 72404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,219.33** |
|---|---|---|---|
| | **BP Environmental Services Inc.**<br>**100 Highpoint Dr**<br>**Chalfont, PA 18914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,619.80** |
|---|---|---|---|
| | **Budget Dumpster, Inc.**<br>**830 Canterbury Rd**<br>**Westlake, OH 44145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,200.00** |
|---|---|---|---|
| | **BW Millwork**<br>**6555 Skinners Turn Road**<br>**Owings, MD 20736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,637.00** |
|---|---|---|---|
| | **C&D Plumbing**<br>**135 Industrial Park Dr Ste A**<br>**Hollister, MO 65672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,402.27**

**Casella Waste Management, Inc.**
PO Box 1372
Williston, VT 05495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,043.85**

**Ceramic Technics Ltd.**
1298 Old Alpharetta Road
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$921.79**

**Citi Cards**
PO BOX 9001016
Louisville, KY 40290-1016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,379.21**

**Citi Cards**
PO BOX 9001016
Louisville, KY 40290-1016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,701.02**

**Clark Capital LLC**
58 Revere Cir
Ponte Vedra, FL 32081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,426.73**

**Concord WP COL Greensboro**
11410 Common Oaks Drive
Raleigh, NC 27614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.30**

**CR Laurence Co, Inc.**
2503 E Vernan Ave
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ABAT Builders, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,403.70 |
|---|---|---|---|
| | **Craftsman Upholstery LLC**<br>**9108 Industry Dr. Suite B**<br>**Manassas, VA 20111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,779.14 |
|---|---|---|---|
| | **Crawford Sprinkler Co. of Raleigh**<br>**2725 S. Saunders Street**<br>**Raleigh, NC 27603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,610.00 |
|---|---|---|---|
| | **CSS Contractors, Inc.**<br>**5605-C General Washington Dr**<br>**Alexandria, VA 22312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,853.25 |
|---|---|---|---|
| | **DALTILE**<br>**1601 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,833.67 |
|---|---|---|---|
| | **Daluca Equity Construction**<br>**800 W Central Rd suite 140**<br>**Mount Prospect, IL 60056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436,070.40 |
|---|---|---|---|
| | **Daniel Tile and Remodeling LLC**<br>**c/o Humberto Daniel**<br>**3515 Austin Trail Lane**<br>**Plant City, FL 33565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|
| | **Digitline, Inc.**<br>**550 CREST AVE**<br>**Elk Grove Village, IL 60007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ABAT Builders, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,350.99**

**DKJ Construction, Inc.**
**7340 N Nora Ave.**
**Niles, IL 60714**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00**

**Dolki Painting and Remodeling**
**6005 W. Belmont Ave**
**Chicago, IL 60634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,665.00**

**Domozik Electrical Services**
**1013 Leslie Dr**
**Fayetteville, NC 28314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,211.19**

**Door Engineering Corp**
**1234 Ballentine Blvd**
**Norfolk, VA 23504**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**DTK Stone Works, Inc.**
**296 W Palatine Road**
**Wheeling, IL 60090**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$554.27**

**Ease Plumbing**
**19109 W Catawba Ave Suite 110**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,845.50**

**Edge Electrical Systems LLC**
**1534 Brandy Parkway**
**Streamwood, IL 60107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,127.74** |
|---|---|---|---|

**Fabricut, Inc.**
**PO BOX 470490**
**Tulsa, OK 74147-0490**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,535.60** |
|---|---|---|---|

**Ferguson Enterprises, Inc.**
**FEI 9005**
**PO BOX 100286**
**Atlanta, GA 30384-0286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,785.87** |
|---|---|---|---|

**Fifth Third Bank**
**Attn: Bankruptcy**
**35 Fountain Square Plaza**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **credit card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700,000.00** |
|---|---|---|---|

**Fifth Third Bank**
**Attn: Bankruptcy**
**35 Fountain Square Plaza**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Line of Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305,000.00** |
|---|---|---|---|

**Fifth Third Bank**
**Attn: Bankruptcy**
**35 Fountain Square Plaza**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **business credit card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,450.87** |
|---|---|---|---|

**Foundation Building Materials**
**2301 Windsor Ct Unit B**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,323.06** |
|---|---|---|---|

**Garcia's Painting**
**913 Virginia Beach Blvd**
**Lot 126**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,200.00**

**GP Company Glass**
**1183 Betty Drive**
**Lake Zurich, IL 60047**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,268.70**

**Grainger**
**DEPT. 825156813**
**Palatine, IL 60038-0001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00**

**Harrell & Son Plumbing**
**PO BOX 8213**
**Bonney Lake, WA 98390**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,210.60**

**Hays Electrical Services Inc.**
**5939 Albert Dr**
**Humble, TX 77396**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,658.40**

**HD Supply Facilities Maintenance**
**PO BOX 509058**
**San Diego, CA 92150-9058**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,125.00**

**Highlands Framing**
**4140 NE 11th St**
**Renton, WA 98059**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,244.82**

**Home Depot Credit Services**
**PO BOX 9001030**
**Louisville, KY 40290-1030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**J&B Construction, Inc.**
**PO Box 373**
**Forsyth, MO 65653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,250.00** |
|---|---|---|---|

**Jack Thomas Inc.**
**38665 N Anderle Ave**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Jeff City Filing**
**222 EAST DUNKLIN, SUITE 102**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,738.57** |
|---|---|---|---|

**Kansai, Inc.**
**3200 Marshall Drive**
**Amelia, OH 45102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Kevimeria Contractor LLC**
**3839 SW 339th St**
**Federal Way, WA 98023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,739.00** |
|---|---|---|---|

**KLM Mechanical Service**
**11216 DECIMAL DR**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,127.63** |
|---|---|---|---|

**Koroseal Interior Products LLC**
**3875 Embassy Parkway Suite 110**
**Fairlawn, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Custom Flooring**
**324 Beachley St #2**
**Meyersdale, PA 15552**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Lukat LLC**
**10700 W Higgins, Suite 350**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **past due rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $39,594.47 |
|---|---|---|---|

**M S International Inc.**
**1441 JARVIS AVE.**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Magnum 18**
**515 N. Harlem Unit 102**
**Oak Park, IL 60302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Michael Caliendo**
**8953 Gloucester Road**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,812.68 |
|---|---|---|---|

**Mobile Mini, Inc.**
**PO Box 650882**
**Dallas, TX 75265-0882**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,361.06 |
|---|---|---|---|

**Mohawk Industries**
**P.O. Box 12069**
**Calhoun, GA 30703-7002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,534.14** |
|---|---|---|---|

**Nationwide Hospitality Plumbing LLC**
**4730 S Hwy A1A**
**Melbourne Beach, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,569.00** |
|---|---|---|---|

**Northwest Liquidators**
**513 S. 2nd St.**
**Yakima, WA 98902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,990.00** |
|---|---|---|---|

**Pure Logistics Sales**
**337 Gateford Dr**
**Ballwin, MO 63021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Randy Jackson Interior Painting**
**2182 Joel Johnson Rd.**
**Lillington, NC 27546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,000.00** |
|---|---|---|---|

**Range Electric**
**PO BOX 1506**
**Enumclaw, WA 98022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,400.00** |
|---|---|---|---|

**RBM Plumbing Systems West Coast Inc**
**100 Newspaper Way, Suite 105**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,199.98** |
|---|---|---|---|

**REM Consultants LLC**
**4409 North Opal Ave**
**Norridge, IL 60706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,250.00** |
|---|---|---|---|

**Rockford Ornamental Iron Inc.**
**1817 Michigan Ave**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,601.44** |
|---|---|---|---|

**Shaw Industries, Inc.**
**P.O. BOX 203702**
**Dallas, TX 75320-3702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,843.03** |
|---|---|---|---|

**State Systems Inc.**
**1861 Vanderhorn Dr.**
** TN 38143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

**Steve Neely & Sons Wallcovering**
**9219 Dawn Drive**
**Georgetown, IN 47122-8917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,109.99** |
|---|---|---|---|

**Sunbelt Rentals**
**P.O. BOX 409211**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,387.09** |
|---|---|---|---|

**TGM Enterprises LLC**
**1356 Marcia Road**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,155.81** |
|---|---|---|---|

**The Sherwin Williams co.**
**4201 N Milwaukee**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABAT Builders, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,407.88** |
| | **Thomas Freese** | ☐ Contingent | |
| | **257 Kretchman Farm Rd.** | ☐ Unliquidated | |
| | **Meyersdale, PA 15552** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,030.25** |
| | **United Fire Protection** | ☐ Contingent | |
| | **3247 Tech Drive** | ☐ Unliquidated | |
| | **Saint Petersburg, FL 33716** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,827.76** |
| | **United Rentals (North America)** | ☐ Contingent | |
| | **PO BOX 840514** | ☐ Unliquidated | |
| | **Dallas, TX 75284-0151** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,300.00** |
| | **Universal Electrical Services, Inc.** | ☐ Contingent | |
| | **2490 Fairfax Lane** | ☐ Unliquidated | |
| | **Lake in the Hills, IL 60156** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
| | **US Storefront Glass and Mirrors Inc** | ☐ Contingent | |
| | **611 W Vine St, Suite M** | ☐ Unliquidated | |
| | **Kissimmee, FL 34741** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00** |
| | **Vancouver Paint Group, Inc.** | ☐ Contingent | |
| | **720 SE 160th Ave Suite** | ☐ Unliquidated | |
| | **Vancouver, WA 98684** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,764.99** |
| | **VMV Contracting, Inc.** | ☐ Contingent | |
| | **6722 Clarendon Hills Rd** | ☐ Unliquidated | |
| | **Darien, IL 60561** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ABAT Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,685.00 |
|---|---|---|---|

**Western Express Forwarding**
**9900 FALLARD CT**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,114.90 |
|---|---|---|---|

**Wiedenbach Brown Co.**
**1025 Westchester Ave Suite LL01**
**West Harrison, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Thomas Payne**<br>**Fifth Third Bank**<br>**222 S Riverside Plaza**<br>**Chicago, IL 60606** | Line __3.44__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 117,937.31 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,165,007.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,282,944.39 |

**Fill in this information to identify the case:**

Debtor name     **ABAT Builders, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **2021 Jeep Wrangler** <br><br> State the term remaining <br> List the contract number of any government contract | **Ally Financial** <br> **Attn: Bankruptcy Dept** <br> **Po Box 380901** <br> **Bloomington, MN 55438** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Lease for Debtor's office** <br><br> State the term remaining <br> List the contract number of any government contract | **Lukat LLC** <br> **10700 W Higgins, Suite 350** <br> **Des Plaines, IL 60018** |

**Fill in this information to identify the case:**

Debtor name     **ABAT Builders, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **ABAT Builders, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $14,118,022.35 |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $14,617,658.43 |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $10,174,517.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **ABAT Builders, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Fifth Third Bank** **Attn: Bankruptcy** **35 Fountain Square Plaza** **Cincinnati, OH 45263** | 06/29/2023 | $50,000.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Michael Caliendo** **8953 Gloucester Road** **Woodridge, IL 60517** | 08/31 - 09/15/2023 | $50,000.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Fifth Third Bank** **Attn: Bankruptcy** **35 Fountain Square Plaza** **Cincinnati, OH 45263** | 07/21 - 09/21/2023 | $658,991.35 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Citicards** **PO BOX 20483** **Kansas City, MO 64195** | 08/3 - 09/1/2023 | $10,957.51 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

| Debtor | **ABAT Builders, Inc.** | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Offices of David Freydin**<br>**8707 Skokie Blvd**<br>**Suite 305**<br>**Skokie, IL 60077** | Attorney Fees retainer | 09/12/2023 | $10,000.00 |
| Email or website address<br>david.freydin@freydinlaw.com | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor   **ABAT Builders, Inc.**                                                          Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **ABAT Builders, Inc.** _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Us Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5229**<br>**cincinnati, OH 45201** | XXXX- | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **09/15/2023** | **$16,000.00** |
| 18.2. | **Morgan Stanley Investments** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other__ | **March 2023** | **$300,000.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **ABAT Builders, Inc.**_____    Case number *(if known)*_____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Cray Kaiser Ltd.** **1901 S Meyers Road, Suite 230** **Villa Park, IL 60181** | **2018 -  present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **ABAT Builders, Inc.** _____    Case number *(if known)* _____

statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Czupryna | 5212 Brown St. Skokie, IL 60077 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Antoni Czupryna | 8329 Sailing Loop Lakewood Ranch, FL 34202 | Shareholder, 58.30% owner | 1986 - 2021 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Anthony Czupryna 5212 Brown St. Skokie, IL 60077 | $132,000 | 09/26/2022 - 09/26/2023 | Salary |
| | Relationship to debtor Owner | | | |
| 30.2. | Antoni Czupryna 8329 Sailing Loop Lakewood Ranch, FL 34202 | $56,000 | 09/22/22 - 09/22/2023 | Salary |
| | Relationship to debtor Former owner and employee | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **ABAT Builders, Inc.**_____    Case number *(if known)*_____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2023**_____

**/s/ Anthony Czupryna**_____    **Anthony Czupryna**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **ABAT Builders, Inc.** _____     Case No. _____

Debtor(s)     Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **HOURLY** |
| Prior to the filing of this statement I have received | $ | **10,000** |
| Balance Due | $ | **HOURLY** |
| | | _____ |

2.  The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____     _____
*Date*     **David Freydin**
     *Signature of Attorney*
     **Law Offices of David Freydin**
     **8707 Skokie Blvd**
     **Suite 305**
     **Skokie, IL 60077**
     **888-536-6607  Fax: 866-575-3765**
     **david.freydin@freydinlaw.com**
     *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **ABAT Builders, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **111**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 24, 2023**

**/s/ Anthony Czupryna**
**Anthony Czupryna**/**President**
Signer/Title

4 Star Cleaning Service Corp
25 Emerson Drive
Schaumburg, IL 60194


ABBA Roofing & Construction
Issaqua-Pine Lake Rd. SE
Sammamish, WA 98075


ABE's Electric
1004 Royal St.
Kissimmee, FL 34744


AC Fire Protection LLC
4700 Springfield Ct.
Brandywine, MD 20613


Acoustic Pro Interior Construction
25921 Eufaula Way
Sorrento, FL 32776


AFA Protective Systems, Inc.
PO Box 21030
New York, NY 10087-1030


Air Systems Engineering
3602 South Pine Street
Tacoma, WA 98409


All Tile
855 N Wood Dale Rd., Ste A
Wood Dale, IL 60191


Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Andrew Jaskolski
900 N Kingsbury Unit
Chicago, IL 60610

Andrzej Juzwiak
314 Emmerson
Itasca, IL 60143


Aneta Kowalczyk
802 N River Rd
Apt. 18
Mount Prospect, IL 60056


Anthony Czupryna
5212 Brown St.
Skokie, IL 60077


Anthony Czupryna
5212 Brown St.
Skokie, IL 60077


Antoni Czupryna
8329 Sailing Loop
Lakewood Ranch, FL 34202


Arek Szawlowski
1018 Castilian Court
Apt. 310
Glenview, IL 60025


Betta Builders Corp
500 W Kathleen Drive
Des Plaines, IL 60016


Big City Asphalt
3321 Princeton Avenue
Collinsville, IL 62234


Bill's Electric
1716 E. Falcon Street
Webb City, MO 64870


BKB Pumbing
3404 Colony Drive
Jonesboro, AR 72404


BP Environmental Services Inc.
100 Highpoint Dr
Chalfont, PA 18914

Budget Dumpster, Inc.
830 Canterbury Rd
Westlake, OH 44145

BW Millwork
6555 Skinners Turn Road
Owings, MD 20736

C&D Plumbing
135 Industrial Park Dr Ste A
Hollister, MO 65672

Casella Waste Management, Inc.
PO Box 1372
Williston, VT 05495

Ceramic Technics Ltd.
1298 Old Alpharetta Road
Alpharetta, GA 30005

Citi Cards
PO BOX 9001016
Louisville, KY 40290-1016

Citi Cards
PO BOX 9001016
Louisville, KY 40290-1016

Clark Capital LLC
58 Revere Cir
Ponte Vedra, FL 32081

Concord WP COL Greensboro
11410 Common Oaks Drive
Raleigh, NC 27614

CR Laurence Co, Inc.
2503 E Vernan Ave
Los Angeles, CA 90058

Craftsman Upholstery LLC
9108 Industry Dr. Suite B
Manassas, VA 20111

Crawford Sprinkler Co. of Raleigh
2725 S. Saunders Street
Raleigh, NC 27603


CSS Contractors, Inc.
5605-C General Washington Dr
Alexandria, VA 22312


DALTILE
1601 Pratt Blvd.
Elk Grove Village, IL 60007


Daluca Equity Construction
800 W Central Rd suite 140
Mount Prospect, IL 60056


Daniel Tile and Remodeling LLC
c/o Humberto Daniel
3515 Austin Trail Lane
Plant City, FL 33565


Deanne Kuzmic
4835 Cordell Ave.
Bethesda, MD 20814


Digitline, Inc.
550 CREST AVE
Elk Grove Village, IL 60007


DKJ Construction, Inc.
7340 N Nora Ave.
Niles, IL 60714


Dolki Painting and Remodeling
6005 W. Belmont Ave
Chicago, IL 60634


Domozik Electrical Services
1013 Leslie Dr
Fayetteville, NC 28314


Door Engineering Corp
1234 Ballentine Blvd
Norfolk, VA 23504

Dorota Maslo
922 E Old Willow Road
Prospect Heights, IL 60070

DTK Stone Works, Inc.
296 W Palatine Road
Wheeling, IL 60090

Ease Plumbing
19109 W Catawba Ave Suite 110
Cornelius, NC 28031

Edge Electrical Systems LLC
1534 Brandy Parkway
Streamwood, IL 60107

Fabricut, Inc.
PO BOX 470490
Tulsa, OK 74147-0490

Ferguson Enterprises, Inc.
FEI 9005
PO BOX 100286
Atlanta, GA 30384-0286

Fifth Third Bank
Attn: Bankruptcy
35 Fountain Square Plaza
Cincinnati, OH 45263

Fifth Third Bank
Attn: Bankruptcy
35 Fountain Square Plaza
Cincinnati, OH 45263

Fifth Third Bank
Attn: Bankruptcy
35 Fountain Square Plaza
Cincinnati, OH 45263

Ford Credit
PO BOX 650575
Dallas, TX 75265-0575

Foundation Building Materials
2301 Windsor Ct Unit B
Addison, IL 60101

Garcia's Painting
913 Virginia Beach Blvd
Lot 126
Virginia Beach, VA 23451

GP Company Glass
1183 Betty Drive
Lake Zurich, IL 60047

Grainger
DEPT. 825156813
Palatine, IL 60038-0001

Harrell & Son Plumbing
PO BOX 8213
Bonney Lake, WA 98390

Hays Electrical Services Inc.
5939 Albert Dr
Humble, TX 77396

HD Supply Facilities Maintenance
PO BOX 509058
San Diego, CA 92150-9058

Highlands Framing
4140 NE 11th St
Renton, WA 98059

Home Depot Credit Services
PO BOX 9001030
Louisville, KY 40290-1030

J&B Construction, Inc.
PO Box 373
Forsyth, MO 65653

Jacie Dick
2315 W Wabansia
Unit 1E
Chicago, IL 60647

Jack Thomas Inc.
38665 N Anderle Ave
Lake Villa, IL 60046


James Panchishin
5434 Bryce Canyon Drive
Kissimmee, FL 34758


Jeff City Filing
222 EAST DUNKLIN, SUITE 102
Jefferson City, MO 65101


Kansai, Inc.
3200 Marshall Drive
Amelia, OH 45102


Kevimeria Contractor LLC
3839 SW 339th St
Federal Way, WA 98023


KLM Mechanical Service
11216 DECIMAL DR
Louisville, KY 40299


Koroseal Interior Products LLC
3875 Embassy Parkway Suite 110
Fairlawn, OH 44333


Kyle Custom Flooring
324 Beachley St #2
Meyersdale, PA 15552


Lukat LLC
10700 W Higgins, Suite 350
Des Plaines, IL 60018


Lukat LLC
10700 W Higgins, Suite 350
Des Plaines, IL 60018


M S International Inc.
1441 JARVIS AVE.
Elk Grove Village, IL 60007

Magnum 18
515 N. Harlem Unit 102
Oak Park, IL 60302


Michael Caliendo
8953 Gloucester Road
Woodridge, IL 60517


Michael Caliendo
8953 Gloucester Road
Woodridge, IL 60517


Michael McBride
4815 S Fire Lane Rd.
Pekin, IN 47165


Mobile Mini, Inc.
PO Box 650882
Dallas, TX 75265-0882


Mohawk Industries
P.O. Box 12069
Calhoun, GA 30703-7002


Nationwide Hospitality Plumbing LLC
4730 S Hwy A1A
Melbourne Beach, FL 32951


Nicholas Pigott
610 Sheridan Road
Apt. 3B
Highwood, IL 60040


Northwest Liquidators
513 S. 2nd St.
Yakima, WA 98902


Pure Logistics Sales
337 Gateford Dr
Ballwin, MO 63021


Randy Jackson Interior Painting
2182 Joel Johnson Rd.
Lillington, NC 27546

Range Electric
PO BOX 1506
Enumclaw, WA 98022


RBM Plumbing Systems West Coast Inc
100 Newspaper Way, Suite 105
Holly Springs, NC 27540


REM Consultants LLC
4409 North Opal Ave
Norridge, IL 60706


Rockford Ornamental Iron Inc.
1817 Michigan Ave
Rockford, IL 61102


Scott Walker
3666 Eastside Hwy
Stevensville, MT 59870


Shaw Industries, Inc.
P.O. BOX 203702
Dallas, TX 75320-3702


State Systems Inc.
1861 Vanderhorn Dr.
TN 38143


Steve Neely & Sons Wallcovering
9219 Dawn Drive
Georgetown, IN 47122-8917


Sunbelt Rentals
P.O. BOX 409211
Atlanta, GA 30384


Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333


Teresa Szafranski
1724 W Robbie Lane
Palatine, IL 60067

TGM Enterprises LLC
1356 Marcia Road
Memphis, TN 38117


The Sherwin Williams co.
4201 N Milwaukee
Chicago, IL 60641


Thomas Freese
257 Kretchman Farm Rd.
Meyersdale, PA 15552


Thomas Payne
Fifth Third Bank
222 S Riverside Plaza
Chicago, IL 60606


United Fire Protection
3247 Tech Drive
Saint Petersburg, FL 33716


United Rentals (North America)
PO BOX 840514
Dallas, TX 75284-0151


Universal Electrical Services, Inc.
2490 Fairfax Lane
Lake in the Hills, IL 60156


US Storefront Glass and Mirrors Inc
611 W Vine St, Suite M
Kissimmee, FL 34741


Vancouver Paint Group, Inc.
720 SE 160th Ave Suite
Vancouver, WA 98684


Vidor Szekely
421 N Main St.
Mount Prospect, IL 60056


VMV Contracting, Inc.
6722 Clarendon Hills Rd
Darien, IL 60561

```
Western Express Forwarding
9900 FALLARD CT
Upper Marlboro, MD 20772


Wiedenbach Brown Co.
1025 Westchester Ave Suite LL01
West Harrison, NY 10604
```

# United States Bankruptcy Court
### Northern District of Illinois

In re    **ABAT Builders, Inc.**                                              Case No.
                                                Debtor(s)        Chapter    **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **ABAT Builders, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]




**September 24, 2023**
Date

**/s/ David Freydin**

**David Freydin**
Signature of Attorney or Litigant
Counsel for    **ABAT Builders, Inc.**
**Law Offices of David Freydin**
**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
**888-536-6607 Fax:866-575-3765**
**david.freydin@freydinlaw.com**