Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

ABAT Builders, Inc.
10700 W Higgins Road
Suite 350
Des Plaines, IL 60018−3723
SSN: EIN: 36−3482312

Case No. : 23−12934
Chapter : 7
Judge : Timothy A. Barnes

---

Debtor's Attorney:
David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 312
Skokie, IL 60077

630−516−9990

Trustee:
Richard M. Fogel
2540 Wilmette Ave
Wilmette, IL 60091

847−769−8135

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **September 28, 2023 .**

1. **March 20, 2024** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **March 26, 2024** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.**

For the Court,

Dated: December 19, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court